# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| DERRICK PAUL HOLMES, | |
| Plaintiff, | CIVIL ACTION NO.: CV615-012 |
| v. | |
| WARDEN STANLEY WILLIAMS; MR. MOURAD; JAMES DEAL; MR. SMOKES; MS. MARTIN; SARGENT CAS; EARL TOPPINGS; RICHARD BUNCH; JOHNNY DAVIS; ERIC YONG; CARLOS DELGADO; OFFICER WEST; UNIT MANAGER BLAND; OFFICER SANDERS; DR. COOK; CERT TEAM WHITEFIELD; OFFICER GEORGE; UNKNOWN CERT TEAM MEMBERS; OFFICER JONES; UNKNOWN SMITH STATE PRISON NURSES; TOOL; TOUCHA; COCHA; BRIAN OWENS; and NATHAN DEAL, | |
| Defendants. | |

## **O R D E R**

Before the Court is the Magistrate Judge's Order and Report and Recommendation issued on June 20, 2015. (Doc. 22.) Therein, the Magistrate Judge ordered Plaintiff to show cause, within thirty days, why this action should not be dismissed without prejudice for Plaintiff's failure to truthfully disclose his litigation history. (Id. at pp. 10–11.) Additionally, the Magistrate Judge reviewed several motions for injunctive relief filed by Plaintiff and recommended that those Motions be denied. (Id. at pp. 13–17.) The Report and Recommendation made clear that if Plaintiff sought to object to the denial of his Motions for injunctive relief, he must file his

objections within fourteen days. (Id. at p. 18.) That deadline has now passed, and Plaintiff has not filed any objections.

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation on Plaintiff's Motions for injunctive relief, to which no objections have been filed. Accordingly, that portion of the Magistrate Judge's Order and Report and Recommendation is **ADOPTED** as the opinion of the Court. Plaintiff's Motion for Permanent Injunction, Motion for Temporary Restraining Order (doc. 7); Motion for Help (doc. 12); and Motion for Preliminary Injunction and Motion for Temporary Restraining Order (doc. 15) are hereby **DENIED**.

Additionally, the Court once again reminds Plaintiff of his obligation to show cause, within thirty (30) days of the date of the Magistrate Judge's Order and Report and Recommendation, why this action should not be dismissed for Plaintiff's failure to truthfully disclose his litigation history. Should Plaintiff fail to meet that obligation, the Court may dismiss this action.

**SO ORDERED**, this 13th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA