IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DERRICK PAUL HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN STANLEY WILLIAMS; MR. MOURAD; JAMES DEAL; MR. SMOKES; MS. MARTIN; SARGENT CAS; EARL TOPPINGS; RICHARD BUNCH; JOHNNY DAVIS; ERIC YONG; CARLOS DELGADO; OFFICER WEST; UNIT MANAGER BLAND; OFFICER SANDERS; DR. COOK; CERT TEAM WHITEFIELD; OFFICER GEORGE; UNKNOWN CERT TEAM MEMBERS; OFFICER JONES; UNKNOWN SMITH STATE PRISON NURSES; TOOL; TOUCHA; COCHA; BRIAN OWENS; and NATHAN DEAL,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-12 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 25), to which objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court and **OVERRULES** Plaintiff's Objections (doc. 26).

Plaintiff's Complaint, brought pursuant to 42 U.S.C. §1983, is **DISMISSED WITHOUT PREJUDICE**. Furthermore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of

Court is hereby authorized and directed to **CLOSE** this case and to enter an appropriate judgment of dismissal.

**SO ORDERED**, this 12th day of November, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA